■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY BAPTISTE, Petitioner, v THOMAS SPOTA et al., Respondents. [50 NYS3d 299]—Writ of habeas corpus in the nature of an application to reduce bail upon Suffolk County Indictment No. 0396/16, and application by the petitioner for poor person relief.

Ordered that the application is granted to the extent that the filing fee is waived and the application is otherwise denied as academic; and it is further,

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Hall, J.P., Sgroi, Maltese and LaSalle, JJ., concur.